**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION**

| | |
|---|---|
| **TERESA AMACKER** § | |
| § | |
| **Plaintiff,** § | |
| v. § | **CIVIL ACTION NO. 3:08-CV-2047-O** |
| § | |
| **THIRD PARTY SOLUTIONS, INC., and** § | |
| **NEW HAMPSHIRE INSURANCE, CO.** § | |
| § | |
| **Defendants.** § | |
| § | |

## MEMORANDUM OPINION AND ORDER

Before the Court is Defendant New Hampshire Insurance Company's Motion to Compel Settlement Information (Doc. # 56) ("Motion to Compel") Plaintiff's Response (Doc. # 57).

The case is set for trial on May 3, 2010. Accordingly, the Court deems it prudent to require expedited briefing on the disclosure issue raised by the Motion to Compel.

Defendant is **ORDERED** to file a reply, and brief in support, to Plaintiff's Motion to Compel by **5:00 p.m., Wednesday, March 3, 2010.** The Motion to Compel is set for hearing at 9:00 a.m. Thursday March 4, 2010. The hearing will convene in United States District Judge's Courtroom 1505, 1100 Commerce Street, Dallas, Texas. Lead counsel for each party must appear.

So **ORDERED** this 1st day of March, 2010.

_____
**Reed O'Connor
UNITED STATES DISTRICT JUDGE**